```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 46914
   CHARLOTTE DAMPIER
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-2534

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/21/2004 and was confirmed 03/04/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  34.11% from remaining funds.

     The case was paid in full 02/09/2009.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
ASPIRE                      UNSECURED           777.71           .00          265.25
AT & T BANKRUPCTY           UNSECURED        NOT FILED           .00             .00
CAPITAL ONE BANK            UNSECURED        NOT FILED           .00             .00
CITY OF CHICAGO PARKING     UNSECURED        NOT FILED           .00             .00
CITY OF CHICAGO             NOTICE ONLY     NOT FILED           .00             .00
COMMONWEALTH EDISON         UNSECURED        NOT FILED           .00             .00
DOMINICKS FINER FOODS~      UNSECURED        NOT FILED           .00             .00
JEWEL FOOD STORES           UNSECURED            76.08           .00           25.95
MISTER SHOP                 UNSECURED        NOT FILED           .00             .00
NICOR GAS                   UNSECURED        NOT FILED           .00             .00
T-MOBILE BANKRUPTCY         UNSECURED        NOT FILED           .00             .00
T-MOBILE BANKRUPTCY         UNSECURED OTH       292.36           .00           99.69
VERIZON WIRELESS            UNSECURED        NOT FILED           .00             .00
MIDWEST VERIZON WIRELESS    UNSECURED          1275.87           .00          435.15
VILLAGE OF BELLWOOD         UNSECURED        NOT FILED           .00             .00
WALGREENS                   UNSECURED        NOT FILED           .00             .00
RESURGENT ACQUISITION LL    UNSECURED          1069.51           .00          364.77
BERKELEY FINER FOODS        UNSECURED        NOT FILED           .00             .00
MELVIN J KAPLAN             DEBTOR ATTY       2,700.00                      2,700.00
TOM VAUGHN                  TRUSTEE                                           249.19
DEBTOR REFUND               REFUND                                             18.94

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              4,158.94

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                   1,190.81
ADMINISTRATIVE                              2,700.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 46914 CHARLOTTE DAMPIER
```

```
TRUSTEE COMPENSATION                                              249.19
DEBTOR REFUND                                                      18.94
                                       ----------------   ----------------
TOTALS                                         4,158.94           4,158.94
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/10/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 04 B 46914 CHARLOTTE DAMPIER